AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

26 U.S.C. § 7201 -- Tax Evasion
18 U.S.C. § 371 -- Conspiracy
18 U.S.C. § 2511(1)(a) & (4)(a) -- Unlawful Interception of Communications

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 26 U.S.C. § 7201-- 5 yrs. imprisonment; $100,000 fine; 3 yrs. supervised release; $100 special assessment
18 U.S.C. §§ 371 & 2511(1)(a) -- 5 yrs. imprisonment; $250,000 fine; 3 yrs. supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---- DEFENDANT - U.S ----

▶ MARY NOLAN

DISTRICT COURT NUMBER

**CR 12 662 PJH**

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction        } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
IRS & FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  Hartley M. K. West, AUSA

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Hartley M. K. West

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____     Before Judge: _____

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED
2012 SEP -6 P 3: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

# CR 12   662

**MARY NOLAN**

PJH



DEFENDANT(S).

---

# INDICTMENT

Title 26 U.S.C. § 7201 - Tax Evasion; Title 18 U.S.C. § 371 - Conspiracy;
Title 18 U.S.C. § 2511 - Unlawful Interception of Communications

---

A true bill.

_____ Foreman

Filed in open court this ___6th___ day of

___September, 2012___.

K. Sims  Clerk

Bail, $ _No bail warrant_

MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12 662 |
| Plaintiff, | VIOLATIONS: 26 U.S.C. § 7201 – Tax Evasion; 18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 2511 – Unlawful Interception of Communications |
| v. | |
| MARY NOLAN, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury Charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant MARY NOLAN was an attorney licensed in California and specializing in the practice of family and divorce law.

2. NOLAN was also the owner and operator of The Law Offices of Mary Nolan, located in San Ramon, California.

///

///

INDICTMENT

COUNT ONE: (26 U.S.C. § 7201 – Tax Evasion)

3. On or about October 16, 2006, in the Northern District of California, the defendant,

MARY NOLAN,

then a resident of Castro Valley, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2005, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that false income tax return, she stated that her taxable income for the calendar year was -$21,395, and that the amount of tax due and owing thereon was $9,310. In fact, as she then knew, her taxable income for the calendar year was approximately $306,543, and the amount of tax owing to the United States of America was approximately $98,658.

All in violation of Title 26, United States Code, Section 7201.

COUNT TWO: (26 U.S.C. § 7201 – Tax Evasion)

4. On or about October 4, 2007, in the Northern District of California, the defendant,

MARY NOLAN,

then a resident of Castro Valley, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2006, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that false income tax return, she stated that her taxable income for the calendar year was -$12,472, and that the amount of tax due and owing thereon was $10,882. In fact, as she then knew, her taxable income for the calendar year was approximately $410,581, and the amount of income tax owing to the United States of America was approximately $144,126.

All in violation of Title 26, United States Code, Section 7201.

///

COUNT THREE: (26 U.S.C. § 7201 – Tax Evasion)

5. On or about October 13, 2008, in the Northern District of California, the defendant,

MARY NOLAN,

then a resident of Castro Valley, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2007, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that false income tax return, she stated that her taxable income for the calendar year was -$53,934, and that the amount of tax due and owing thereon was $4,583. In fact, as she then knew, her taxable income for the calendar year was approximately $574,769, and the amount of income tax owing to the United States of America was approximately $190,039.

All in violation of Title 26, United States Code, Section 7201.

COUNT FOUR: (26 U.S.C. § 7201 – Tax Evasion)

6. On or about October 12, 2009, in the Northern District of California, the defendant,

MARY NOLAN,

then a resident of Oakland, California, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 2008, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that false income tax return, she stated that her taxable income for the calendar year was -$48,146, and that the amount of tax due and owing thereon was $6,032. In fact, as she then knew, her taxable income for the calendar year was approximately $414,319, and the amount of income tax owing to the United States of America was approximately $131,900.

All in violation of Title 26, United States Code, Section 7201.

COUNT FIVE: (18 U.S.C. § 371 – Conspiracy to Unlawfully Intercept Communications)

7. Beginning on a date unknown but no later than on or about August 9, 2007, and continuing through at least on or about September 9, 2007, in the Northern District of California and elsewhere, the defendant,

MARY NOLAN,

and others did knowingly and willfully conspire to unlawfully intercept wire, oral, and electronic communications, in violation of Title 18, United States Code, Section 2511(1)(a).

MANNER AND MEANS OF THE CONSPIRACY

8. NOLAN referred clients to the private investigation firm Butler & Associates in Concord, California, owned and operated by Christopher Butler, so that Butler could install concealed listening devices in the clients' spouses' and significant others' cars. NOLAN intended to use the recorded telephone conversations to assist her clients' legal proceedings.

9. To have a listening device installed, NOLAN's client brought Butler the target vehicle. Butler created a listening device by disabling the ringer and speaker of a cellular phone, leaving the microphone active, and setting the phone to automatically connect all incoming phone calls. Butler then concealed the device in the target vehicle.

10. After Butler installed the listening devices, he provided the device phone number to the client and/or NOLAN. The device was activated when NOLAN or another listener called the phone number. The phone silently connected the call and allowed the listener to hear any sounds within the vicinity of the phone.

11. On numerous occasions, NOLAN and her staff, acting on NOLAN's instructions, called the phone numbers for the listening devices to eavesdrop on conversations by NOLAN's clients' spouses and significant others.

OVERT ACTS

12. In furtherance of the conspiracy and to effect the objects of that conspiracy, in the Northern District of California and elsewhere, NOLAN and others committed the following overt

INDICTMENT 4

acts, among others:

    a.    On or about August 8, 2007, S.F. met with Butler to discuss installing a concealed listening device in the car used by her husband, N.F.

    b.    On or about August 9, 2007, S.F. signed a client services agreement with Butler's firm, Butler & Associates.

    c.    On or about August 9, 2007, Butler installed a concealed listening device in the car used by N.F.

    d.    On or about September 9, 2007, Butler renewed service for the listening device in N.F.'s car.

All in violation of Title 18, United States Code, Section 371.

COUNT SIX: (18 U.S.C. § 2511(1)(a) and (4)(a) – Unlawful Interception of Communications)

13.    Beginning on or about August 9, 2007, and continuing through at least on or about September 9, 2007, in the Northern District of California, the defendant,

MARY NOLAN,

did knowingly and intentionally intercept, endeavor to intercept, and procure another person to intercept and endeavor to intercept, a wire, oral, and electronic communication, specifically communications in N.F.'s car, in violation of Title 18, United States Code, Section 2511(1)(a) and (4)(a).

DATED: September 6, 2012                          A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____ )
AUSA WEST

INDICTMENT                                            5