JAY R. WEILL (State Bar No. 75434)
E-Mail:     *jweill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Mary Nolan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARY NOLAN,<br><br>  Defendant. | CASE NO. CR 12-662 PJH (DMR)<br><br>**STIPULATION FOR RELEASE OF $50,000 CASHIERS CHECK AND ORDER** |

On September 25, 2012, the Court ordered that the defendant be released upon the delivery of a cashier's check for $50,000 to be replaced by a Deed of Trust in the amount of $250,000 on the defendant's residence. The cashier's check was received by the Clerk on September 18, 2012 (Dkt No. 4). A Deed of Trust in the amount of $250,000 was received by the Clerk on September 25, 2012 (Dkt. No. 10). Accordingly, the defendant requests that the cashier's check be released to the payor of the check, Richard Guadagni. Government's counsel has no objection to the release of the check.

DATED: September 27, 2012         Respectfully submitted,
                                  SIDEMAN & BANCROFT LLP


                                  By:  _____/s/_____
                                       Jay R. Weill
                                       Attorneys for Respondent

cc: Copy to parties via ECF, Odile/Financial

1 | DATED: September 27, 2012      MELINDA HAAG

By:    /s/
Hartley M. K. West
Assistant U.S. Attorney

**ORDER**

Upon application of the defendant, the Clerk of the Court shall release to Richard Guadagni the cashier's check in the amount of $50,000.

Dated: 9/27/2012

_____
Donna M. Ryu
United States Magistrate Judge

6940-1\1569824v1