Cristina C. Arguedas (CSB 87787)
Ted W. Cassman (CSB 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Attorneys for Mary Nolan*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARY NOLAN,<br><br>　　　　　　　Defendant. | No. CR 12-662 (PJH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DEFENDANT MARY NOLAN'S CONDITIONS OF RELEASE** |

It is hereby stipulated by and between the parties, and with no objection from U.S. Pretrial Services, that the Conditions of Release of Mary Nolan be modified to allow her to travel to Oregon to visit her son and to attend to business-related issues, as follows:

　　1.　Ms. Nolan will be permitted to travel to Oregon from December 27, 2012 through January 3, 2013. The following conditions will apply:

　　　　a.　Ms. Nolan will provide U.S. Pretrial Services and the U.S. Attorney's Office for the Northern District of California at least 10 days notice of her travel plans.

**STIPULATION TO MODIFY CONDITIONS OF RELEASE**
*United States v. Mary Nolan*, No. CR 12-662 (PJH)　　　　　　　1

1       b.    At least five business days before her departure, Ms. Nolan will provide U.S. Pretrial Services and the U.S. Attorney's Office for the Northern District of California an itinerary of her upcoming travels, including all cities she intends to visit and the purpose for each visit, and all address(es) and phone number(s) for any hotel(s) or residence(s) in which she plans to stay.

2. All other conditions of Ms. Nolan's release shall remain unchanged and in force.

DATED: November 30, 2012          /s/_____
Ted W. Cassman
Attorney for Mary Nolan

DATED: November 30, 2012          /s/_____
Hartley West
Assistant United States Attorney

### ORDER

Pursuant to the parties' stipulation and good cause showing, it is so ORDERED.

DATED: __December 5__, 2012          _____
The Honorable Donna M. Ryu
United States Magistrate Judge

**STIPULATION TO MODIFY CONDITIONS OF RELEASE**
*United States v. Mary Nolan*, No. CR 12-662 (PJH)          2