CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Mary Nolan

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-662 CRB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL OUTSIDE THE DISTRICT |
| vs. | |
| Mary Nolan, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record through their respective counsel that the conditions of release shall be modified to permit defendant Nolan to travel to Oregon from May 21, 2013, through June 4, 2013.  Travel will be by automobile, and Ms. Nolan will visit her son and attend to real estate matters.  Pretrial Services Officer Carol Mendoza has no objection to this modification but will require that Ms. Nolan provide an itinerary and phone contact information in advance of the trip.

//

//

1

Dated: May 13, 2013

                    /s/
TED W. CASSMAN,
Arguedas, Cassman & Headley, LLP

Dated: May 13, 2013

                    /s/
Hartley West,
Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it so ORDERED.

Dated: May 16, 2013

Donna M. Ryu,
U.S. District Court Magistrate-Judge